IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEREMIE DEAN,<br><br>    Plaintiff,<br><br>v.<br><br>JRK HOLDINGS,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-228 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's October 13, 2022, Report and Recommendation, (doc. 7), to which plaintiff has filed an objection, (doc. 8). The Magistrate Judge recommends that Plaintiff's motion to proceed *in forma pauperis*, as supplemented, be denied because Plaintiff does not appear to be indigent. (Doc. 7, p. 1.) The Plaintiff's objection suggests that the Magistrate Judge's conclusion comes from a misunderstanding of Plaintiff's financial status. (Doc. 8, p. 1.) However, the objection contains very similar financial information which confirms the Magistrate Judge's finding that Plaintiff is not indigent. (Id.) He earns a monthly amount of "$1,600-1,700," and his newly identified monthly expenses total $806, compared to $675. (Id.) Even with the additional identified monthly expenses, as the Magistrate Judge explained, "his average monthly income exceeds his monthly expenses," by almost $800. (Doc. 7, p. 2; see also doc. 8, p. 1.)

Accordingly, the Court **OVERRULES** plaintiff's objection and **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7.) Plaintiff's Motion to Proceed *In Forma Pauperis*, as supplemented, is **DENIED**. Docs. 2 & 6. Plaintiff is **DIRECTED** to pay the required filing fee

within 21 days of the date of this Order or this case will be dismissed.  See S.D. Ga. L. Civ. R. 4.2(2).  Although he does not qualify for a waiver of the filing fee, he is free to request that he be permitted to pay that fee in installments.  If he wishes to request such an accommodation, he may move pursuant to 28 U.S.C. § 1915(a)(1) to be excused from the requirement that he prepay the filing fee.  Any such motion must explain why his disclosed discretionary income is not sufficient to prepay the filing fee.  In that regard, as the Magistrate Judge noted, "the fact that financing his own litigation may cause some difficulty is not sufficient to relieve a plaintiff of his obligation to pay where it is possible to do so without undue hardship."  (Doc. 7, p. 2.)

**SO ORDERED**, this 31st day of October, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA